# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:23-CR-00163 |
| v. | (Chief Judge Brann) |
| JEREMY PAULEY, | |
| Defendant. | |

_____

Type of Case:
        ( ) Civil                 (X) Criminal
_____

(XX) TAKE NOTICE that a proceeding in this case has been **RE-SCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | Courtroom #1 |
| Federal Building | Fourth Floor |
| 240 West Third Street | **July 10, 2023** |
| Williamsport, PA 17701 | at **11:00 a.m.** |

TYPE OF PROCEEDING: **Initial Appearance / Arraignment / Guilty Plea**

PETER J. WELSH, CLERK

*s/ Janel R. Rhinehart, Deputy Clerk*
Janel R. Rhinehart, Deputy Clerk

Dated:   June 23, 2023

TO:   Sean A. Camoni, AUSA
       Paul J. Kovatch, Esquire
       U.S. Marshal
       U.S. Probation