IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : NO: 4:23-CR-163 |
| v. | : Chief Judge Brann |
| JEREMY PAULEY, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 17th day of July 2023, upon consideration of Defendant's Motion for Leave to Withdraw, for the reasons stated therein, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Paul J. Kovatch, Esquire, is hereby withdrawn as counsel for the Defendant.

**IT IS ORDERED** that the above named person having completed the required Financial Affidavit (Form CJA 23) in support of a request for an attorney without payment of fee, and having certified the same to be correct;

AND, the Court being satisfied that this individual is not financially able to obtain counsel and is not waiving the right to counsel;

**IT IS ORDERED** that Jonathan White is hereby appointed to represent the defendant in all matters pertaining to the above captioned case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge