# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:23-CR-00163 |
| v. | (Chief Judge Brann) |
| JEREMY PAULEY, | |
| Defendant. | |

## PLEA

**AND NOW**, this 7th day of September 2023, the defendant, Jeremy Pauley, having been arraigned in open court, hereby enters a plea of ***GUILTY*** to Counts 1 and 2 of the Information.

_____
Defendant

_____
Counsel for Defendant