UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | Case No. 4:23-CR-00163 |
|---|---|
| v. | **(Chief Judge Brann)** |
| JEREMY PAULEY | |

### **ORDER**

**AND NOW**, this 4th day of March 2024, upon consideration of Defendant's Motion to Continue, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Defendant's PSR Objections are due on or before April 18, 2024.

BY THE COURT:

*s/ Matthew W. Brann*
_____
Matthew W. Brann
Chief United States District Judge