# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:23-CR-00163 |
| v. | (Chief Judge Brann) |
| JEREMY PAULEY, | |
| Defendant. | |

## ORDER

**AUGUST 26, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Jeremy Pauley's Motion in *Limine* (Doc. 29) is **GRANTED**. Pauley's objection to the imposition of a sentencing enhancement under United States Sentencing Guideline § 2B1.1(b)(1) is **SUSTAINED**.

2. The United States Probation Office shall, consistent with the Court's Memorandum Opinion and Order, prepare a revised Presentence Report.

3. Objections to the revised Presentence Report are due as they would be in the ordinary course.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge